# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT KIRK JONES, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>THE CITY OF LOS ANGELES, et al.,<br><br>          Defendants. | Case No. 2:23-cv-04571-JLS (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO (1) GRANT IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; (2) DENY PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; AND (3) DISMISS PLAINTIFFS' SUPPLEMENTAL STATE-LAW CLAIMS WITHOUT PREJUDICE** |

    In accordance with 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation to grant in part Defendants' Motion for Summary Judgment, deny Plaintiffs' Motion for Partial Summary Judgment, and dismiss Plaintiffs' state-law claims without prejudice (ECF 123), Plaintiffs' Objections to the Report and Recommendation (ECF 124), and any pertinent records as needed.

    Having reviewed de novo those specific portions of the Report and Recommendation to which Plaintiffs have timely and properly objected, the

Court concludes that nothing in the Objections affects or alters the material findings and conclusions set forth in the Report and Recommendation. *See* Fed. R. Civ. P. 72(b). If nothing else, Plaintiffs have neither properly and timely alleged a claim for municipal liability against the City of Los Angeles, nor have they produced any evidence sufficient to create a genuine dispute about whether the City has a municipal policy, practice, or custom that was the cause of Plaintiffs' alleged constitutional injuries under 42 U.S.C. § 1983. *See Monell v. New York City Dep't of Soc. Servs.*, 436 U.S. 658, 694–95 (1978); *Dougherty v. City of Covina*, 654 F.3d 892, 900 (9th Cir. 2011).

The Court therefore accepts the material findings and conclusions in the Report and Recommendation and adopts the recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Judgment will be entered accordingly consistent with that recommendation.

IT IS SO ORDERED.

DATED: August 20, 2025

JOSEPHINE L. STATON
United States District Judge