JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT KIRK JONES, et al., <br><br> Plaintiffs, <br><br> v. <br> THE CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:23-cv-04571-JLS (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Grant in Part Defendants' Motion for Summary Judgment and to Deny Plaintiff's Motion for Partial Summary Judgment, **IT IS ADJUDGED** that Defendants are entitled to judgment as a matter of law on Plaintiffs' federal claims and that the remaining state-law claims are dismissed without prejudice.

DATED: August 20, 2025

_____
JOSEPHINE L. STATON
United States District Judge